UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY,<br><br>       Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT,<br><br>       Defendant. | Case No. 21-cv-00279-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/25/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge