UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT,<br><br>　　　　　Defendant. | Case No. 21-cv-00279-HSG<br><br>**ORDER DENYING REQUEST FOR TRANSCRIPTS AS MOOT**<br><br>Re: Dkt. No. 32 |

Plaintiff, an inmate at Correctional Training Facility in Soledad, California, has filed a pro se action pursuant to 42 U.S.C. § 1983. On March 25, 2021, the Court dismissed the action as barred by the *Rooker-Feldman* doctrine, and entered judgment in favor of Defendants. Dkt. Nos. 16, 18. Plaintiff has filed a notice of appeal. Dkt. Nos. 23, 30. Now pending before the Court is Plaintiff's request for transcripts at government expense. Dkt. No. 32. This request is DENIED as moot. There were no hearings held in this case, and there are therefore no transcripts.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: 6/7/2021

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge