UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT,<br><br>    Defendant. | Case No. 21-cv-00279-HSG<br><br>**ORDER DENYING REQUEST FOR CORRECTION**<br><br>Re: Dkt. No. 52 |

Plaintiff, an inmate at Correctional Training Facility in Soledad, California, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On March 25, 2021, the Court dismissed the action as barred by the *Rooker-Feldman* doctrine, and entered judgment in favor of Defendants. Dkt. Nos. 16, 18. Plaintiff has appealed the dismissal. Dkt. Nos. 23, 30. Now pending before the Court is Plaintiff's motion titled "Error for Correction," wherein he requests that the Court return $505.00 to his prison trust account. Dkt. No. 52. Plaintiff correctly notes that, on September 23, 2021, the Court received $350.00 from Plaintiff, Dkt. No. 24, and that, on October 5, 2021, the Court received $155.00 from Plaintiff, Dkt. No. 47 at 2. Plaintiff argues that these monies should be returned to him because they were intended to pay the filing fee for his appeal and incorrectly applied here; and because these monies came from stimulus payments paid to him under the CARES Act which cannot be deducted to satisfy court filing fee obligations.[1] Dkt. No. 52 at 1-2. Plaintiff's request is DENIED. The September 23, 2021 $350.00 payment was properly applied to satisfy Plaintiff's filing fee obligation for this action.[2] The October 5, 2021 $155.00 payment was

---

[1] Plaintiff initiated and authorized these payments. Dkt. Nos. 41, 47. The Court did not deduct these monies from Plaintiff's account.

[2] Because Plaintiff was granted leave to proceed *in forma pauperis*, he does not need to pay the $52 administrative fee.

properly applied as a partial payment to satisfy Plaintiff's filing fee obligation for his appeal, C No. 21-cv-015786-001.  The Court is unaware of any prohibition on applying stimulus funds to satisfy court filing fees.  The relevant executive order, Executive Order N-57-20, does not reference court filing fees.

This order terminates Dkt. No. 52.  This case remains closed.[3]

**IT IS SO ORDERED.**

Dated:  1/7/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[3] Of the 52 docket entries in this case, 44 are filed by Plaintiff.  The majority of these pleadings do not seek court action and only serve to clutter the record.  Plaintiff need not and should not file "acknowledgment of receipts" with the Court.  These filings clutter the record and delay the Court from ruling upon meritorious motions.  Plaintiff is advised to be more judicious in the pleadings he files with the Court.